1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10
   **GAIL L. WOLL**                     )        **Case No. CIV-07-864 GGH**
11 **SSN: XXX-XX-9053**                 )
                                        )
12                                      )        **STIPULATION AND ORDER**
            **Plaintiff,**              )        **EXTENDING PLAINTIFF'S TIME TO**
13                                      )        **FILE MEMORANDUM IN SUPPORT**
   **v.**                              )        **OF SUMMARY JUDGMENT**
14                                      )
   **MICHAEL J. ASTRUE**                )
15 **Commissioner of Social Security**  )
   **of the United States of America,** )
16                                      )
            **Defendant.**              )
17                                      )
   _____ )
18

19        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from December 17, 2007 to January 8, 2008.  This is plaintiff's first request

22 for an extension and is required due to plaintiff's counsel's very heavy briefing schedule and the

23 upcoming holidays.

24

25

26 / / / /

27 / / / /

28 / / / /

                                        1

1

2

3    Dated: December 13, 2007          */s/Bess M. Brewer*
                                      BESS M. BREWER
4                                     Attorney at Law

5                                     Attorney for Plaintiff

6

7
     Dated: December 13, 2007          McGregor W. Scott
8
                                       United States Attorney
9
                                       /s/ Jacqueline Anna Forslund
10                                     JACQUELINE ANNA FORSLUND

11                                     Special Assistant U.S. Attorney

12                                     Social Security Administration

13                                     Attorney for Defendant

14

15

16

17                          **ORDER**

18   APPROVED AND SO ORDERED.

19

20   DATED: 12/18/07                   /s/ Gregory G. Hollows
                                       U.S. MAGISTRATE JUDGE
21
     woll.eot
22

23

24

25

26

27

28