1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10
   GAIL L. WOLL                    )   Case No. CIV-07-864 GGH
11 SSN: XXX-XX-9053                )
                                   )
12                                 )   STIPULATION AND ORDER
            Plaintiff,             )   EXTENDING PLAINTIFF'S TIME TO
13                                 )   FILE MEMORANDUM IN SUPPORT
   v.                              )   OF SUMMARY JUDGMENT
14                                 )
   MICHAEL J. ASTRUE               )
15 Commissioner of Social Security )
   of the United States of America,)
16                                 )
            Defendant.             )
17                                 )
                                   )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from January 8, 2008 to February 7, 2008.  This extension is required due

22 to plaintiff's counsel's very heavy briefing schedule.

23
24
25 / / / /
26 / / / /
27 / / / /
28

                                        1

Dated: January 7, 2008
/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: January 7, 2008
McGregor W. Scott
United States Attorney

/s/ Jacqueline Anna Forslund
JACQUELINE ANNA FORSLUND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 1/9/08          /s/ Gregory G. Hollows
                       _____
                       U.S. MAGISTRATE JUDGE

woll.eot2