1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL L. WOLL ) <br> SSN: XXX-XX-9053 ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. CIV-07-864 GGH <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 7, 2008 to February 11, 2008.  This extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 7, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 8, 2008 | McGregor W. Scott <br> United States Attorney <br> /s/ Jacqueline Anna Forslund <br> JACQUELINE ANNA FORSLUND <br> Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 02/25/08                /s/ Gregory G. Hollows
                               U.S. MAGISTRATE JUDGE

woll.eot3

2